UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JACQUELINE CURRY AND RYAN CURRY : | |
| : | |
| v. : | Civil Action No. 3:16-cv-716-VLB |
| : | |
| DEUTSCHE BANK NATIONAL TRUST CO., : | |
| AS TRUSTEE FOR FREMONT HOME LOAN : | November 3, 2016 |
| TRUST SERIES 2006-3, et al. : | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Defendants, Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust Series 2006-3 ("Deutsche Bank") and Wells Fargo Bank, N.A., d/b/a America's Servicing Company ("Wells Fargo") (collectively "Defendants"), respectfully move the Court for leave to file a very brief (2-page) sur-reply in response to Plaintiffs' Reply in Support of their Motion for Preliminary Injunction, Dkt. No. 52.  Defendants ask permission to briefly address Plaintiffs' contentions that Connecticut law requires independent equitable actions, and Plaintiffs' reliance on *In re Fitzgerald*, 237 B.R. 252 (Bankr. D. Conn. 1999).  The proposed sur-reply is attached hereto as Exhibit A.

Wherefore, Defendants respectfully request leave to file their proposed sur-reply brief (Exhibit A) to Plaintiffs' Reply in Support of their Motion for Preliminary Injunction (Dkt. No. 52).

        Respectfully submitted,

        Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust Series 2006-3 and Wells Fargo Bank, N.A.,

        By: */s/ David M. Bizar*
        **David M. Bizar**
        CT Fed. Bar No. ct20444
        William J. Hanlon
        CT Fed. Bar No. ct02886
        SEYFARTH SHAW LLP
        Seaport East, Suite 300
        Two Seaport Lane
        Boston, MA 02210-2028
        Telephone: (617) 946-4874
        Facsimile:   (617) 790-5368
        dbizar@seyfarth.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 3rd day of November, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing on all parties of record.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

        */s/ David M. Bizar*
        **David M. Bizar**